IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFORY D. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  3:13-cv-481-TMH |
| | ) | [wo] |
| RUSSELL COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On July 15, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. 5).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED; that the Plaintiff's claims against Russell County Jail are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); that Russell County Jail is DISMISSED as a party to this cause of action; and the Plaintiff's claims against the remaining defendants are referred back to the Magistrate Judge for additional proceedings.

Done this the 22nd day of August, 2013.

　　　　　　　　　　　　　　　　　　　 /s/  Truman M. Hobbs　　　　　　　　
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE