IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFORY D. ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO 3:13-cv-481-WHA |
| | ) |
| DR. W. WARR, et al., | )        (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #29), entered on June 13, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Defendants' Motion to Dismiss (Doc. #20) is GRANTED to the extent Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Russell County Jail prior to initiating this cause of action.

2.  This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy available to him at the Russell County Jail.

3.  No costs are taxed.

DONE this 6th day of July, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE