IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFORY D. ROBERTS,                     )
                                            )
                Plaintiff,            )
                                            )
vs.                                   )      CASE NO. 3:13-cv-481-WHA
                                            )
DR. S. WARR, et al.,            )                  (WO)
                                            )
                Defendants.       )

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, and this case is DISMISSED with prejudice.  No costs are taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of July, 2016.

/s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE